Order Issued November _13_, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00712-CV

### GAYLIA E. KIRKLAND, Appellant

### V.

### JODIE RAYE SCHAFF, JAY REED KIRKLAND,
### AND BILLIE JEAN (KIRKLAND) VERMANDEL, Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-3167-1**

# ORDER

Volume 4 of the reporter's record in this appeal contains a list of exhibits. However, the exhibits are not part of the reporter's record. The court reporter, Ann A. Brockington, is **ORDERED** to file a supplemental reporter's record containing copies of the exhibits within **FIFTEEN DAYS** of the date of this order.

_____
JIM MOSELEY
PRESIDING JUSTICE